RECEIVED
IN LAKE CHARLES, LA
JUL 26 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DEBBIE HOFFPAUIR, ET AL.** | : | **DOCKET NO. 2:03 CV 1279** |
| **VS.** | : | **JUDGE MINALDI** |
| **LINDE LIFT CORP. AND HERTZ EQUIPMENT RENTAL CORPORATION** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

IT IS ORDERED that the plaintiff's Motion to Reconsider [doc. 53] IS GRANTED.

IT IS FURTHER ORDERED that the plaintiffs' Motion to Amend Judgment [doc. 46] IS GRANTED.

IT IS ORDERED that this case is certified for a 28 U.S.C. §1292(b) appeal as it involves a controlling question of law as to which there is substantial ground for a difference of opinion and an appeal from the court's judgment may materially advance the ultimate termination of litigation. 28 U.S.C. §1292(b).

IT IS FURTHER ORDERED that this case IS STAYED pending a decision on appeal.

IT IS ORDERED that the Clerk of Court administratively terminate this action in his records, without prejudice to the right of the parties to file a motion to reopen the proceedings within ten days

of a disposition by the Court of Appeal.

Lake Charles, Louisiana, this 23 day of July, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE