

RECEIVED
IN LAKE CHARLES, LA

MAR 2 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DEBBIE HOFFPAUIR | : | DOCKET NO. 03-CV-1279 |
| VS. | : | JUDGE MINALDI |
| LINDE LIFT TRUCK CORP., ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGEMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED, that the motions to dismiss filed by Autoliv Protektor GmbH ("Protektor") [doc. 87] and Grammer AG ("Grammer") [doc. 96] are GRANTED.  Claims against third-party defendants Protektor and Grammer are hereby DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ____28____ day of March, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT